IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE R&G FINANCIAL CORPORATION SECURITIES LITIGATION  This document relates to All Actions | :    **ECF CASE** : :    MASTER FILE NO. :    05 Civ. 4186 (JES) : : : |

## DECLARATION OF LISA M. LAMB IN SUPPORT OF
## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Lisa M. Lamb, pursuant to 28 U.S.C. § 1746, declares as follows:

1.    I am an associate with the law firm of Barrack, Rodos & Bacine, 2001 Market Street, Suite 3300, Philadelphia, Pennsylvania 19103, co-Lead Counsel for Lead Plaintiffs City of Philadelphia Board of Pensions and Retirement and General Retirement System of the City of Detroit. I submit this declaration in support of Lead Plaintiffs' Motion for Class Certification.

2.    True and correct copies of the following documents and transcripts are annexed to this declaration:

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| A | Declaration of Donald Marino in Support of Lead Plaintiffs' Motion for Class Certification |
| B | Declaration of Walter Stampor in Support of Lead Plaintiffs' Motion for Class Certification |
| C | Declaration of Michael A. Marek |
| D | Firm resume of Barrack, Rodos & Bacine |
| E | Firm resume of Bernstein Litowitz Berger & Grossmann LLP |

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed in Philadelphia, Pennsylvania on December 17, 2007.

_Lisa M. Lamb_
Lisa M. Lamb