IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE R&G FINANCIAL CORPORATION SECURITIES LITIGATION | MASTER FILE NO. 05 Civ. 4186 (JES) |
| This document relates to All Actions | |

## NOTICE OF MOTION FOR FINAL APPROVAL OF SETTLEMENT AND LEAD PLAINTIFFS' PROPOSED PLAN OF ALLOCATION

**PLEASE TAKE NOTICE** that upon the accompanying Joint Declaration of M. Richard Komins and Steven B. Singer in Support of Lead Plaintiffs' Motions for Final Approval of Settlement, Proposed Plan of Allocation, and Award of Attorney Fees and Reimbursement of Litigation Expenses; Declaration of Walter Stampor In Support of Final Approval of Settlement, Plan of Allocation and Awards to Counsel of Attorney's Fees and Reimbursement of Litigation Expenses; Declaration of Donald Marino In Support of Final Approval of Settlement, Lead Plaintiffs' Proposed Plan of Allocation, and an Award to Lead Counsel of Attorneys' Fees and Reimbursement of Litigation Expenses; and Memorandum of Law In Support of Lead Plaintiffs' Motions for Final Approval of Settlement and Proposed Plan of Allocation, Lead Plaintiffs, City of Philadelphia Board of Pensions and Retirement and General Retirement System of the City of Detroit, will move this Court, before the Honorable John E. Sprizzo, United States District Judge, at Courtroom 14C, United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, on September 16, 2008, for entry of: (1) an Order and Final Judgment Certifying the Settlement Class For Settlement Purposes, Approving the Settlement, and Dismissing the Action Against Defendants; and (2) an Order Approving Lead Plaintiffs' Proposed Plan of Allocation.

2

Dated: August 29, 2008 Respectfully submitted,

By: /s/ M. Richard Komins
Leonard Barrack
M. Richard Komins (admitted pro hac vice)
Jeffrey A. Barrack
Lisa M. Lamb
BARRACK RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel.: (215) 963-0600
Fax: (215) 963-0838

By: /s/ Steven B. Singer
Max W. Berger (MB-5010)
Steven B. Singer (SS-5212)
Eric T. Kanefsky (EK-3511)
BERNSTEIN LITOWITZ BERGER &
   GROSSMANN LLP
1285 Avenue of the Americas
New York, NY 10019
Tel.: (212) 554-1400
Fax: (212) 554-1444

*Co-Lead Counsel for Lead Plaintiffs and the Proposed Settlement Class*